ANNA MURMANN, as Administratrix of the Estate of GEORGE J. MURMANN, Deceased, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued October 7, 1932; decided October 25, 1932.)

*E. R. Brumley* and *John M. Gibbons* for appellant.

*Charles D. Lewis* and *Thomas J. O' Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.